JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ricardo Espinoza, | ) | Case CV 16-07922-ODW (SSx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| West Coast Rendering Co. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THE COURT having GRANTED the Stipulation and proposed order of time to file an answer [14] and the ORDER to show cause [15]. Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice for failure to comply with the orders of the Court.

The Clerk shall E:mail a copy of this Order to all counsel.

Dated: January 31, 2017

United States District Judge